JHC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-40-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | WAIVER OF INDICTMENT |
| | ) | |
| PHILIP JOE GUYETT, JR. | ) | |

I, PHILIP JOE GUYETT, JR., above-named defendant, who is accused of committing mail fraud in violation of Title 18, United States Code, Section 1341, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on March 9, 2009, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
PHILIP JOE GUYETT, JR.
Defendant

_____
Dan Boyce
Counsel for Defendant

Before  _____
W. Earl Britt
UNITED STATES DISTRICT JUDGE