UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Docket No. 5:09-CR-40-1BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PHILIP JOE GUYETT, JR. | ) | |
| Defendant. | ) | |

The court hereby orders, based on information provided by the United States Government and the United States Probation Office at sentencing, that the defendant make total restitution of $103,967.95 to the following victims in the amounts set forth below:

| Victim | Address | Amount Owed | |
| --- | --- | --- | --- |
| J.B. | | $ | 180.00 |
| C.C. | | $ | 114.95 |
| R.S.C. | | $ | 25.00 |
| P.D. | | $ | 105.64 |
| D.E. | | $ | 30.00 |
| H.F. | | $ | 25.00 |
| K.M.F. | | $ | 20.00 |
| C.G. | | $ | 600.00 |
| J.K. | | $ | 120.00 |
| P.P. | | $ | 10.00 |
| B.R. | | $ | 4,300.00 |

| Victim | Address | Amount Owed |
|---|---|---|
| Wilshire Surgicenter, Inc. (for B.R. procedures) | | $ 55,720.00 |
| Cedars-Sinai Medical Center (for B.R. procedures) | | $ 96.60 |
| Century City Doctors Hospital (for B.R. procedures) | | $ 2,239.22 |
| Quest Diagnostics Nichols Institute (for B.R. procedures) | | $ 24.90 |
| St. John Health Center (for B.R. procedures) | | $ 450.00 |
| Dr. Gary Brazina, MD (Assistant Surgeon for B.R. procedures) | | $ 7,700.00 |
| Michael Port, MD (Anesthesiologist for B.R. procedures) | | $ 180.00 |
| Dr. Phillip Zakowski (for B.R. procedures) | | $ 682.85 |
| Westcliff Medical Laboratories, Inc. (for B.R. procedures) | | $ 6.10 |
| Dr. Robert Wilson, MD (for B.R. procedures) | | $ 130.09 |
| S.S. | | $ 1,029.00 |
| E.W. | | $ 700.00 |
| Regence BlueShield Account #: XXXXXXXXXXXXX | | $ 29,478.60 |

The court finds that the defendant is without the ability to pay interest so interest is, therefore, waived. Any payment made that is not payment in full shall be divided proportionately among the victims named.

Payment of restitution shall be due and payable in full immediately. However, if the defendant is unable to pay in full immediately, the special assessment and restitution may be paid through the Inmate Financial Responsibility Program. The court, having considered the defendant's financial resources and ability to pay, orders that any balance still owed at the time of release shall be paid in installments of $250 per month to begin 60 days after the defendant's

still owed at the time of release shall be paid in installments of $250 per month to begin 60 days after the defendant's release from prison. At the time of the defendant's release, the probation officer shall take into consideration the defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

This \_\_\_8\_\_\_ day of October 2009.

_____
W. Earl Britt
Senior U.S. District Judge