FILED: March 18, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-4949
(5:09-cr-00040-BR-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PHILIP JOE GUYETT, JR.

    Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                         /s/ PATRICIA S. CONNOR, CLERK